UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHVINDER SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　Defendants. | No. 1:23-cv-00304-ADA-BAM<br><br>ORDER GRANTING STIPULATION OF THE PARTIES TO REMAND MATTER PURSUANT TO 8 U.S.C. § 1447(b)<br><br>(ECF No. 6) |

　　　　On March 1, 2023, Plaintiff Sukhvinder Singh filed a complaint seeking a writ of mandamus from this Court compelling Defendants to adjudicate an application for naturalization. (ECF No. 1.) On April 13, 2023, the parties filed a stipulation, requesting that the Court remand the matter pursuant to 8 U.S.C. § 1147(b) to the United States Citizenship and Immigration Services ("USCIS") with instructions to adjudicate Plaintiff's application for naturalization within 120 days. (ECF No. 6.)

　　　　If USCIS fails to adjudicate a naturalization application within 120 days of the applicant's initial interview, the applicant may seek a hearing before a district court judge. 8 U.S.C. § 1447(b). Such a request vests the district court with exclusive jurisdiction over the matter. *United States v. Hovsepian*, 359 F.3d 1144, 1164 (9th Cir. 2004). The district court may then "either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter." 8 U.S.C. § 1447(b).

Accordingly,

1. The stipulation of the parties, (ECF No. 6), is granted, in full;
2. The matter is remanded to the United States Citizenship and Immigration Services with instructions to adjudicate the matter within 120 days of the date of signature on this order;
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   April 26, 2023

_____
UNITED STATES DISTRICT JUDGE

2